1
2
3
4
5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    TONY BLACKMAN,                          1:08-cv-00943-GSA-PC

10                   Plaintiff,              _____ ORDER DISMISSING ACTION,
                                             WITHOUT PREJUDICE, FOR
11          vs.                              FAILURE TO PAY FILING FEE

12   N. GRANNIS, et al.,
                                             ORDER FOR CLERK TO CLOSE CASE
13                   Defendants.
     _____/

14

15          Plaintiff Tony Blackman ("plaintiff") is a prisoner proceeding pro se in a civil rights action

16   pursuant to 42 U.S.C. § 1983.  On July 23, 2008, plaintiff consented to Magistrate Judge jurisdiction

17   pursuant to 28 U.S.C. §636(c).  No other parties have appeared in this action.

18          On July 22, 2008,  pursuant to 28 U.S.C. § 1915(g), the undersigned denied plaintiff's motion

19   for leave to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within

20   thirty days.  Plaintiff was warned that failure to pay the filing fee, pursuant to the court's order, would

21   result in dismissal of this action.  More than forty days have passed and plaintiff has not complied with

22   the court's order.

23          Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to

24   obey the court's order to pay the $350.00 filing fee.

25

26          IT IS SO ORDERED.

27   **Dated:   September 4, 2008**          _____ **/s/ Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE
28